# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SEAN NICHOLAS RAMSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   4:21-CV-00930-MTS |
| ) | |
| ANNE L. PRECYTHE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO DECEMBER 21, 2022, ORDER TO SHOW CAUSE

Defendants, by and through counsel, hereby provide the following response to the Court's December 21, 2022, Order to Show Cause:

1. The Assistant Attorney General formerly handling this case on behalf of Defendants, Tyler McClay, is no longer with the Attorney General's Office.

2. As a result of internal error regarding case assignment, this Court's denial of Defendants' Motion to Dismiss was not entered into the office calendaring system, and the corresponding deadline to file an Answer to Plaintiff's Complaint was missed.

3. This failure to file a timely answer was not deliberate on Defendants' part but rather was the result of excusable neglect.

1

4. The Attorney General's Office is currently assigning this case for handling to an Assistant Attorney General, who will prepare and file an Answer for Defendants.

5. In order for that Assistant Attorney General to have adequate time to investigate the allegations in Plaintiff's Complaint and obtain input from Defendants, and the upcoming holidays potentially delaying that process, Defendants request that the Court allow them to file their Answer by no later than January 13, 2023.

6. Plaintiff will not be prejudiced in any way by a January 13, 2023, Answer date.

WHEREFORE, Defendants request that the Court allow them until January 13, 2023, to file their Answer and not impose sanctions for failure to file their Answer timely following the Court's denial of their Motion to Dismiss.

    Respectfully submitted,
**ERIC S. SCHMITT**
Attorney General

*/s/ J. Patrick Sullivan*
J. Patrick Sullivan, #42968
Chief Counsel, Litigation Section
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Phone:  816-889-5019
Email: Patrick.Sullivan@ago.mo.gov
*Defendants Precythe, Vandergriff, Black and Norman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record. I further certify a true and correct copy of the same was placed in the United State mail, first class, postage prepaid and addressed to:

Sean Ramsey #1245087
Potosi Correctional Center
11593 State Highway O
Mineral Point, MO 63660

/s/J. Patrick Sullivan
Assistant Attorney General